

# Fourth Court of Appeals
## San Antonio, Texas

January 11, 2018January 17, 2018

No. 04-17-00840-CR

Richard **DIAZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 1987CR1809
Honorable Kevin M. O'Connell, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on January 17, 2018.

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of January, 2018.

Keith E. Hottle, Clerk of Court